**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **MOTION TO SCHEDULE** |
| | ) | **DETENTION HEARING** |
| | ) | |
| | ) | **Docket No. 5:25-CCR-54** |
| **NEVEAH ELIZABETH FOX,** | ) | |
| **Defendant.** | | |

_____

NOW COMES the defendant, Neveah Fox, and hereby moves the court to schedule a detention hearing. In support of this Motion, the defendant offers the following:

1) On November 25, 2025, Ms. Fox was indicted and charged with drug and firearm offenses. She was arrested on December 16, 2025 and detained.

2) On December 17, 2025, Ms. Fox consented to detention and reserved her right to move for a plenary detention hearing at a later date.

3) On January 12, 2026, after Ms. Fox signed a waiver of personal appearance, counsel entered a plea of not guilty and requested a jury trial.

WHEREFORE, the defendant hereby moves the court to schedule this matter for a detention hearing as soon as practicable.

Respectfully submitted, this the 3rd day of March 2026.

_____
s/ELI SEVCIK-TIMBERG
NC Bar # 48669
Attorney for the Defendant

Rawls, Scheer, Clary & Mingo, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
etimberg@rscmlaw.com


_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Clary & Mingo, PLLC
2333 Randolph Road, Suite 100
Charlotte, North Carolina 28207
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rscmlaw.com