

ANTHONY G. SCHEER

AMANDA A. MINGO

ELI TIMBERG

KATIE C. CLARY

HANNA HAMILTON

EBEN T. RAWLS "OF COUNSEL"

March 11, 2026

U.S. District Court
401 W. Trade Street, Room 1200
Charlotte, NC 28202

Re: Designation of Secured Leave

To whom it may concern,

*This writing serves as notice that I am unavailable on the following dates: June 18, 2026, through June 22, 2026.*

(1) I am designating a secured leave for:
Anthony G. Scheer
Attorney at Law
NC Bar #19257
2333 Randolph Road, Suite 100
Charlotte, NC 28207
Tel: 704-376-3200
tscheer@rsfmlaw.com

(2) The secured leave period will be:
Thursday, June 18, 2026 – Monday, June 22, 2026

(3) I have no designated prior requests for secured leave in 2026.

(4) The secured leave period is not being designated to delay, hinder, or interfere with the time disposition of any matter pending action or proceeding.

Sincerely,

*s/ Anthony Scheer*

Anthony G. Scheer
Bar #19257

2333 RANDOLPH ROAD, SUITE 100, CHARLOTTE, NORTH CAROLINA 28207
TELEPHONE 704-376-3200 FACSIMILE 704-332-2716 WEBSITE WWW.RSCMLAW.COM

Case 5:25-cr-00054-SCR-UMJ   Document 35   Filed 03/11/26   Page 1 of 1