**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:25-CR-00054-SCR-UMJ**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NEVAEH ELIZABETH FOX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Unopposed Motion to Continue Trial Calendar Call (Doc. No. 40) ("Motion") seeking to continue trial of this matter from May 11, 2026, to the next available trial term of this Court. Pursuant to 18 U.S.C. § 3161(h), and for the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interests of the public and Defendant to a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court on July 13, 2026, and the pretrial status conference date shall be continued to June 29, 2026. The Clerk is directed to certify copies of this Order to Defendant, Counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 30, 2026

**SO ORDERED**.

Susan C. Rodriguez
United States District Judge